**FREEMAN v. STATE.**

No. 26738.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of selling whisky in a dry area and his punishment assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.